1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: EDCR 08-00033-JGB |
|---|---|---|
| Plaintiff, | ) | ORDER OF DETENTION PENDING |
| v. | ) | FURTHER REVOCATION |
| | ) | PROCEEDINGS |
| | ) | (FED.R. CRIM. P.32.1(a)(6); 18 |
| COY MYSON HARRIS, | ) | U.S.C. § 3143(a) (1)) |
| Defendant. | ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the  Central  District of  California  for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1 (a)(6) and 18 U.S.C. § 3143(a) (1), the Court finds that:

A. (X)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

   (x) information in the Pretrial Services Report and Recommendation

   (x) information in the violation petition and report(s)

   (x) the defendant's nonobjection to detention at this time

   ( ) other: _____

       and/or

1  B. (X)   The defendant has not met his/her burden of establishing by clear and
2          convincing evidence that he/she is not likely to pose a danger to the safety
3          of any other person or the community if released under 18 U.S.C. §
4          3142(b) or (c).  This finding is based on the following:
5          (x) information in the Pretrial Services Report and Recommendation
6          (x) information in the violation petition and report(s)
7          (x) the defendant's nonobjection to detention at this time
8          ( ) other: _____
9
10  IT THEREFORE IS ORDERED that the defendant be detained pending the further
11  revocation proceedings.
12
13  DATED:  January 30, 2015           _____
                                          KENLY KIYA KATO
14                                      UNITED STATES MAGISTRATE JUDGE